CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Felicia Senft**; DOB: 1988; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**19-07495MJ** |

Complaint for violation of Title 8, United States Code §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), & 1324(a)(1)(B)(i); 1325; 18 USC § 2

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
**COUNT 1 (Felony)** On or about July 22, 2019, at or near Newfield, in the District of Arizona, **Felicia Senft**, named herein as defendant, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to transport and harbor certain illegal aliens, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii); 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).**
**COUNT 2 (Misdemeanor)** On or about July 22, 2019, at or near Newfield, in the District of Arizona, **Felicia Senft,** did unlawfully aid and abet certain illegal aliens to elude examination and inspection by Immigration Officers of the United States of America; in violation of **Title 8, United States Code, Section 1325** and **Title 18, United States Code, Section 2**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about July 22, 2019, at or near Newfield, in the District of Arizona, a United States Border Patrol Agent (BPA) received information from the Tactical Operations Center that they had photographic images of five suspected illegal aliens dressed in camouflage running toward and boarding a small white Ford pickup truck near mile marker 2.5 on Federal Route 19. BPA responded to the location and performed a vehicle stop on a white 2011 Ford Ranger driven by **Felicia Senft**. **Senft** was the only occupant of the vehicle; however, BPA observed camouflaged water bottles and trash consistent with alien smuggling in the vehicle. **Senft** was read her *Miranda* rights and agreed to speak with the BPA.

In a post-*Miranda* statement, **Felicia Senft** freely and voluntarily admitted that her sole purpose for being on the Tohono O'odham Indian nation was to smuggle human beings into the United States. She stated she was financially desperate and that she was to be paid $800.00 per smuggled subject. A consensual search of **Senft's** phone revealed a text conversation specifying the exact route and pickup location of the aliens. After picking up the aliens, **Senft** texted "I have them". **Senft** stated she picked up the aliens in her truck and drove away. However, she then ordered the individuals out of the truck. **Senft** intended on dropping off the aliens prior to the Border Patrol checkpoint, then picking them up again after the checkpoint.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>COMPLAINT REVIEWED by AUSA RW/dc _____ | SIGNATURE OF COMPLAINANT |
|---|---|
| *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | OFFICIAL TITLE & NAME:<br>U.S. Border Patrol Agent |

Sworn to before me and subscribed in my presence.

| SIGNATURE OF MAGISTRATE JUDGE *Jacqueline M. Rateau* | DATE<br>July 23, 2019 |
|---|---|

1) See Federal rules of Criminal Procedure Rules 3 and 54